PER CURIAM.
Affirmed. Rollins, Inc. v. Heller, 454 So.2d 580 (Fla. 3d DCA 1984), review denied, 461 So.2d 114 (Fla.1985); Mankap Enter., Inc. v. Wells Fargo Alarm Serv., 427 So.2d 332 (Fla. 3d DCA 1983); Continental Video Corp. v. Honeywell, Inc., 422 So.2d 35 (Fla. 3d DCA 1982), review denied, 456 So.2d 892 (Fla.1984); Ace Formal Wear, Inc. v. Baker Protective Serv., Inc., 416 So.2d 8 (Fla. 3d DCA 1982).